UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| GUY R. JENKINS, III, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No.: 3:19-CV-123-PLR-DCP |
| JIM BERRONG, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This is a pro se prisoner's complaint for violation of civil rights filed pursuant to 42 U.S.C. § 1983. Now before the Court is Plaintiff's motion to withdraw his complaint [Doc. 8] in which Plaintiff states that he wishes to withdraw his complaint because "[D]efendants [sic] are working to fix the things discussed with[]in the complaint" and requests that the Court no longer require him to pay the filing fee [*Id.* at 1].

For good cause shown therein, this motion [*Id.*] will be **GRANTED** to the extent that this action will be **DISMISSED**. As to Plaintiff's request that the Court waive the filing fee due to this dismissal, however, "[p]risoners are no longer entitled to a waiver of fees and costs" and "a voluntary dismissal of a complaint or an appeal does not eliminate a prisoner's obligation to pay the required filing fees." *McGore v. Wrigglesworth*, 114 F.3d 601, 604, 607 (6th Cir. 1997) *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). Accordingly, this request will be **DENIED**. Also, the Court **CERTIFIES** that any appeal from this order would not be taken in good faith.

**AN APPROPRIATE ORDER WILL ENTER**.

E N T E R:

_____
UNITED STATES DISTRICT JUDGE